UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JERRY ANDERSON, II #979199 and LaDONTAE McKINLEY #863585,<br><br>  Plaintiffs,<br><br>v<br><br>ERICA HUSS Warden,<br><br>  Defendant. | NO. 2:21-cv-123<br><br>HON. JANE M. BECKERING<br><br>MAG. MAARTEN VERMAAT |

| | |
|---|---|
| Jerry Anderson, II #979199<br>*In Pro Per*<br>Macomb Correctional Facility<br>34625 26 Mile Road<br>Lenox Township, MI 48048<br><br>LaDontae McKinley #863585<br>*In Pro Per*<br>Cooper Street Correctional Facility<br>3100 Cooper Street<br>Jackson, MI 49201 | Joshua S. Smith (P63349)<br>Assistant Attorney General<br>Attorney for MDOC Defendant Huss<br>Michigan Dep't of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>Smithj191@michigan.gov |

                                                                                             /

**DEFENDANT'S MOTION EXTENSION OF TIME TO FILE OBJECTIONS**

Defendant Erica Huss, by and through her counsel, brings this motion under Fed. R. Civ. P. 6(b)(1)(A) and Fed. R. Civ. P. 16(b)(4), and asks the Court for an extension on the date of service for her objections from November 9, 2023 to November 13, 2023, which are more fully set forth in her accompanying brief.

1.   Defendant Erica Huss moved to dismiss this case on May 9, 2023. (ECF No. 28, PageID.100.)

2.   Following briefing, on October 26, 2023, Magistrate Judge Martin Vermaat issued a report and recommendation that the motion be granted in part and denied in part. (ECF No. 41, PageID.746–47.)

    3.    Defendant timely filed objections on November 9, 2023, on the following grounds:

    a. The report and recommendation erroneously concluded that Defendant failed to argue that Plaintiffs did not allege the violation of a clearly established right; and,

    b. The report and recommendation erroneously concluded that Defendant failed to address her own alleged misconduct.

    4.    The certificate of service indicates that, because the objections were filed late in the day and the following day, November 10, 2023, was the date on which Veterans' Day was observed, Plaintiffs were served via U.S. Mail on November 13, 2023, which was the next business day. Based on date of service, Plaintiffs' responses would have been due on or before November 27, 2023.

    5.    On November 30, 2023, Plaintiff Jerry Anderson served a response to Defendant's objections, noting that they were not served on him within 14 days, citing to Fed. R. Civ. P. 72.

    6.    Although Fed. R. Civ. P. 72 could be read to require service on other parties within 14 days, the controlling rule is W.D. Mich. LR 72.3(b), which could be read in a similar way.

    7.    Neither rule, however, states that objections will be rejected if not served on the opposing party via U.S. Mail within 14 calendar days.

    8.    Defendants respectfully submit that excusable neglect exists for granting a four-day extension for serving her objections on Plaintiffs.

For the reasons in the accompanying brief, Defendant respectfully requests that the Honorable Court grant an extension on the date of service on Plaintiffs for her objections to the report and recommendation.

Respectfully submitted,

*/s/ Joshua S. Smith*
Joshua S. Smith (P63349)
Assistant Attorney General
Attorney for MDOC Defendant
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055

Dated: December 6, 2023                    Smithj191@michigan.gov

## CERTIFICATE OF SERVICE (EFILE)

I certify that on December 6, 2023, I electronically filed the *foregoing document(s)* together with this *Certificate of Service* with the Clerk of the Court, through the ECF system, which will provide electronic copies to counsel of record and a hard copy of same was placed in U.S. Postal mailbox Postage Paid, fully addressed as follows:

Jerry Anderson, II #979199
*In Pro Per*
Macomb Correctional Facility
34625 26 Mile Road
Lenox Township, MI 48048

And to:

LaDontae McKinley #863585
*In Pro Per*
Cooper Street Correctional Facility
3100 Cooper Street
Jackson, MI 49201

*/s/ Joshua S. Smith*
Joshua S. Smith (P63349)
Assistant Attorney General
Attorney for MDOC Defendant
Corrections Division