UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JERRY ANDERSON II and
LADONTAE MCKINLEY,

    Plaintiffs,

v.

ERICA HUSS, et al.,

    Defendants.
_____/

Case No. 2:21-cv-123

HON. JANE M. BECKERING

# ORDER

Plaintiffs Jerry Anderson II and LaDontae McKinley, proceeding *pro se*, filed this prisoner civil rights action in June 2021 under 42 U.S.C. § 1983. Plaintiff Anderson filed a motion for an injunction to prevent MDOC employees from reading his correspondence with Plaintiff McKinley (ECF No. 73). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 88) on July 12, 2024, recommending that this Court deny the motion. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 88) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for an injunction (ECF No. 73) is DENIED.

Dated: August 12, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge